**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA and the STATE OF NEW YORK ex rel. STEPHANIE MUNFORD,

       Plaintiffs and Relator,

  v.

MARANATHA HUMAN SERVICES, INC. and HENRY ALFONSO COLEY,

       Defendants.

---

UNITED STATES OF AMERICA,

       Plaintiff-Intervenor,

  v.

MARANATHA HUMAN SERVICES, INC. and HENRY ALFONSO COLEY,

       Defendants.

No. 18 Civ. 8892 (KMK)

    WHEREAS, by notice dated January 27, 2021, the United States intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4).

    IT IS HEREBY ORDERED that:

    1.    The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

    2.    All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated December 28, 2020, and except as provided for in Paragraph 3 below.

2

3. The seal shall be lifted as to the United States' Notice of Election to Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendant Henry Alfonso Coley, and the Relator; the Stipulation and Order of Settlement and Release Between the United States and Relator; and the Relator's Complaint.

SO ORDERED:

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Date: November 16, 2021