UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW YORK *ex rel.* STEPHANIE MUNFORD,<br><br>        Plaintiffs and Relator,<br><br>   v.<br><br>MARANATHA HUMAN SERVICES, INC. and HENRY ALFONSO COLEY,<br><br>        Defendants.<br><br>THE STATE OF NEW YORK,<br><br>        Plaintiff-Intervenor,<br><br>   v.<br><br>MARANATHA HUMAN SERVICES, INC. and HENRY ALFONSO COLEY,<br><br>        Defendants. | 18 Civ. 8892 (KMK) |

WHEREAS, by notice dated February 26, 2021, the State of New York ("the State") intervened in the above-referenced qui tam action pursuant to the New York False Claims Act, N.Y. State Fin. Law §§190(2)(b), 190(2)(c)(i), and 190(2)(d).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to the State's Notice of Election to Intervene; the Stipulation and Order of Settlement and Dismissal entered into by the State, Defendant Henry Alfonso Coley, and the Relator, and this Order.

SO ORDERED:

1

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Date: ___November 9___, 2021