

# NIXON PEABODY

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLL

**Tina Sciocchetti**
Partner

T / 518.427.2677
F / 844.826.1037
tsciocchetti@nixonpeabody.com

**MEMO ENDORSED**

**Via CM/ECF**

September 26, 2022

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE: U.S. and State of New York ex rel. Munford v. Maranatha Human Services (18-cv-8892)

Judge Karas:

We write on behalf of Maranatha Human Services ("Maranatha") requesting the Court stay Maranatha's deadline to respond in opposition to Relator's motion for attorneys' fees and costs. The parties have agreed to a settlement resolving the instant motion, and are currently in the process of formalizing the terms and conditions of the settlement.

Because the settlement will render the instant motion moot, Maranatha accordingly requests Relator's motion be held in abeyance pending finalization of the parties' agreement.

Respectfully submitted,

/s/ Tina Sciocchetti
Tina Sciocchetti
Partner

Granted.
So Ordered.
9/26/22

4887-9627-4485.2