Case 7:18-cv-08892-KMK-AEK Document 111 Filed 10/13/22 Page 1 of 1

NIXON PEABODY

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

Christopher J. Stevens
Counsel

T / 518.427.2737
F / 833.755.3041
cstevens@nixonpeabody.com

MEMO ENDORSED

October 13, 2022

**BY ECF FILING**

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: U.S. and State of New York *ex rel.* Munford v. Maranatha Human Svcs., *et al.*
18 CV 08892 (KMK) (AEK)

Dear Judge Karas:

We write, jointly with Relator's counsel, respectfully to request an adjournment of the pre-motion conference currently scheduled for October 20, 2022, pertaining to Relator's motion for leave to amend her complaint. The parties jointly request an adjournment of the pre-motion conference until after the close of fact discovery, which is currently scheduled to be completed by November 14, 2022.

The parties do not anticipate that discovery will be impacted by a decision on Relator's motion. Therefore, given the amount of time the parties will need to dedicate to discovery in this matter between now and November 14, 2022, with nearly a dozen depositions to take and defend between now and then, we respectfully request that the pre-motion conference on October 20th be adjourned to after November 14th.

Thank you for your consideration of this request.

Granted. The conference is adjourned to
11/ 16 /22, at 11 :00

So Ordered.

10/13/22

Respectfully submitted,

Christopher J. Stevens
Counsel for Defendant Maranatha

*Heidi A. Wendel*

Heidi A. Wendel
Counsel for Relator Stephanie Munford

4867-2775-9161.1