MEMO ENDORSED

# Law Office of Heidi A. Wendel PLLC

May 26, 2023

**Filed by ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    U.S. and State of New York *ex rel.* Munford v. Maranatha Human Svcs., *et al.*
            18 CV 8892 (KMK) (AEK)

Dear Judge Karas:

    I write respectfully as counsel for Plaintiff-Relator Stephanie Munford in the above-referenced case to request that the Court permanently seal on the docket of this case the declaration of a witness on behalf of Plaintiff-Relator in opposition to summary judgment that was inadvertently filed with a copy of an envelope containing the witness' home address at the end of the declaration (Dkt. No. 164). I have filed a corrected copy of the declaration (Docket No. 168) that does not include a copy of that envelope. There are no changes to the declaration itself, just the removal of the copy of the envelope at the end of the declaration. The corrected version of the declaration has been filed as Docket No. 168.

    Counsel for Maranatha has consented to Plaintiff-Relator's request for the sealing of Docket No. 164.

    Thank you for your consideration of this request.

Granted.

So Ordered.

*[signature]*

5/26/23

Respectfully,

*Heidi A. Wendel*

Heidi A. Wendel

cc:    Chris Stevens, Nixon Peabody
        Tina Sciocchetti, Nixon Peabody
        Michael J. Lingle, Nixon Peabody