

**NIXON PEABODY**

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY  12207-2996

**Tina Sciocchetti**
Partner

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 518.427.2677
F / 844.826.1037
tsciocchetti@nixonpeabody.com

July 19, 2023

*VIA ECF*

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
 for the Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**MEMO ENDORSED**

RE:  United States of America, et al. v. Maranatha Human Services, Inc., et al.
     Case No. 18-cv-8892 (KMK)

Dear Judge Karas:

This Firm represents Defendant Maranatha Human Services, Inc. ("Defendant") in the above-referenced action. We submit this letter jointly with counsel for Relator Stephanie Munford ("Relator").

On September 23, 2022, Relator filed a motion for attorney fees and costs. *See* ECF 100, 101, and 102. Thereafter, by letter motion dated September 26, 2022, Defendant requested that its deadline to oppose Relator's motion for attorney fees and costs be stayed because the parties had reached a settlement resolving Relator's motion and were in the process of formalizing the terms and conditions of that settlement. *See* ECF 105. The Court granted Defendant's request. *See* ECF 106.

The parties have since executed a formal settlement agreement, mooting Relator's motion for attorney fees. Accordingly, the Relator's attorney fees motion (ECF 100, 101, and 102) has been fully resolved. Relator's attorney fee motion and settlement related only to the non-retaliation portion of this action and not the claims currently pending before the Court.

Respectfully submitted,

*Tina Sciocchetti*

Tina Sciocchetti
Partner

TS

The Clerk of Court is respectfully directed to terminate the pending motions (Dkt. Nos. 100–102), as the Parties' settlement moots the claims therein.

SO ORDERED.

7/21/2023

4867-7160-3569.2