

**NIXON PEABODY**

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

**Christopher J. Stevens**
Counsel

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 518.427.2737
F / 833.755.3041
cstevens@nixonpeabody.com

March 11, 2024

**BY ECF FILING**

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    U.S. and State of New York *ex rel.* Munford v. Maranatha Human Svcs., *et al.*
           18 CV 08892 (KMK) (AEK)

Dear Judge Karas:

As you know, we represent defendant Maranatha Human Services, Inc. (the "Defendant") in the above-referenced matter.

We write, with the consent of Relator's counsel, to respectfully request an adjournment of the telephonic status conference currently scheduled for April 2, 2024, at 10:30 a.m. The reason for the request is that lead counsel, Tina E. Sciocchetti, and the undersigned, will both be out of the office during the week of April 1 through April 5, 2024. This is Defendant's first request for an adjournment of this status conference.

All counsel are available for a rescheduled conference April 9, 2024, after 11 a.m., or any other date during the week of April 8th (with the **exception** of 11 a.m. – 2 p.m. on April 10, 2024).

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Christopher J. Stevens*

Christopher J. Stevens
Counsel for Defendant Maranatha

Granted. The Conference is adjourned to 4/11/24, at 11:00 via teleconference.
So Ordered.
3/11/24

4881-4252-9708.1