

**NIXON PEABODY**

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604-1792

**Michael J. Lingle**
Counsel

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 585.263.1409
F / 833.854.1180
mlingle@nixonpeabody.com

May 28, 2024

**BY ECF FILING**

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: U.S. and State of New York *ex rel.* Munford v. Maranatha Human Svcs., *et al.*
18 CV 08892 (KMK) (AEK)

Dear Judge Karas:

As you may recall, we represent defendant Maranatha Human Services, Inc. (the "Defendant") in the above-referenced matter.

The parties write to jointly request an adjournment of the telephonic status conference currently scheduled for May 30, 2024, at 10:00 a.m. The parties recently participated in a full-day mediation which resulted in complete resolution of the remaining claims in this matter. The parties are currently in the process of drafting a settlement agreement to memorialize their agreement, and after the settlement agreement is finalized, the parties anticipate filing a stipulation of dismissal. The parties anticipate that the entire process, including filing the notice of dismissal, will be finished within 30 days from today. This is the parties' first request for an adjournment of this status conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Michael Lingle*

Michael J. Lingle
Counsel for Defendant Maranatha

Granted.
So Ordered.
5/29/24

4881-4252-9708.2